**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

————————

2015-1805, -1806, -1807

————————

DSW SHOE WAREHOUSE, INC.,
*Appellant*,

v.

SHOE SHOW, INC.,
*Cross-Appellant.*

————————

Appeals from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. 2014-008661 and 2014-008662

————————

**CROSS-APPELLANT SHOE SHOW, INC.'S UNOPPOSED MOTION TO
EXTEND TIME TO FILE PRINCIPAL BRIEF**

————————

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rule 26(b), Cross-Appellant Shoe Show, Inc. moves the Clerk to extend the time for filing its principal brief by fourteen days. The present filing deadline is October 29, 2015. This motion seeks an extension to and including November 12, 2015. No prior extensions have been requested.

This motion is being filed more than seven days before the date sought to be extended, as required by Local Rule 26(b)(1). The grounds for the motion are that counsel for Shoe Show, Inc. have intervening deadlines in other matters.

## STATEMENT OF CONSENT

Before filing the present motion, counsel for Cross-Appellant Shoe Show informed counsel for Appellant DSW Shoe Warehouse that Shoe Show would seek the extension sought by this motion.  Counsel for DSW Shoe Warehouse has informed counsel for Shoe Show that DSW Shoe Warehouse does not object to the present motion for extension and will not file an opposition to the motion.

## RELIEF SOUGHT

For the foregoing reasons, Shoe Show, Inc. respectfully moves the Court for an extension of time to file its principal brief until November 12, 2015, which constitutes a total extension of fourteen days.

September 16, 2015                                Respectfully submitted,


 /s/ Andrea G. Reister
ANDREA G. REISTER
GREGORY S. DISCHER
MICHAEL S. SAWYER
COVINGTON & BURLING LLP
ONE CITYCENTER
850 TENTH STREET, NW
WASHINGTON, DC 20001
(202) 662-6000

*Counsel for Cross-Appellant*

**Form 9**

FORM 9.  Certificate of Interest

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DSW Shoe Warehouse, Inc.        v. Shoe Show, Inc.

No. 2015-1805, -1806, -1807

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Cross Appellant          certifies the following (use "None" if applicable; use extra sheets if necessary):

1.     The full name of every party or amicus represented by me is:

Shoe Show, Inc.

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4.  ☑  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Covington & Burling LLP: Andrea G. Reister, Gregory S. Discher, Michael Sawyer

September 16, 2015                    /s/ Andrea G. Reister
             Date                              Signature of counsel

                                         Andrea G. Reister
                                         Printed name of counsel

Please Note: All questions must be answered
cc: _____

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  09/16/2015
by:

      ☐ U.S. Mail

      ☐ Fax

      ☐ Hand

      ☒ Electronic Means (by E-mail or CM/ECF)

| Andrea G. Reister | /s/ Andrea G. Reister |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Covington & Burling LLP |
| Address | One CityCenter, 850 Tenth Street, NW |
| City, State, Zip | Washington, DC  20001 |
| Telephone Number | 202-662-5141 |
| Fax Number | 202-778-5141 |
| E-Mail Address | areister@cov.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields