NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**DSW SHOE WAREHOUSE, INC.,**
*Appellant*

v.

**SHOE SHOW, INC.,**
*Cross-Appellant*

---

15-1805
(Serial no. 95/001,976 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of cross-appellant, Shoe Show, Inc.'s unopposed motion to extend time to file cross-appellant's principal brief until November 12, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                      FOR THE COURT

September 18, 2015        /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court